IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Domineck, Kelvin M | Case Number: 07 B 15776 |
|---|---|---|
|  | Domineck, Laurie | Judge: Squires, John H |
|  | Printed: 4/1/08 | Filed: 8/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,975.39 |  |
| Secured: |  | 1,025.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,735.72 |
| Trustee Fee: |  | 214.67 |
| Other Funds: |  | 0.00 |
| Totals: | 3,975.39 | 3,975.39 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,909.50 | 2,735.72 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 17,513.71 | 625.00 |
| 5. | Consumer Portfolio Services | Secured | 7,457.58 | 400.00 |
| 6. | HomEq Servicing Corp | Secured | 5,574.30 | 0.00 |
| 7. | Internal Revenue Service | Priority | 1,470.34 | 0.00 |
| 8. | Nuvell Credit Company LLC | Unsecured | 0.00 | 0.00 |
| 9. | Calvary Portfolio Services | Unsecured | 3,068.03 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 408.33 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 30.15 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 125.50 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 42.05 | 0.00 |
| 14. | HSBC Bank USA | Unsecured | 79.90 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 22.82 | 0.00 |
| 16. | Jefferson Capital Systems LLC | Unsecured | 88.24 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 42.46 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 29.06 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 59.29 | 0.00 |
| 20. | Monterey Financial Services | Unsecured | 54.02 | 0.00 |
| 21. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 22. | Allied Interstate Inc | Unsecured |  | No Claim Filed |
| 23. | First National Credit Card | Unsecured |  | No Claim Filed |
| 24. | Jackson Park Hospital | Unsecured |  | No Claim Filed |
| 25. | Medical Collections | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Domineck, Kelvin M  
Domineck, Laurie  
Printed: 4/1/08

Case Number: 07 B 15776  
Judge: Squires, John H  
Filed: 8/30/07

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Allied Interstate Inc | Unsecured | | No Claim Filed |
| 30. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 31. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 32. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 33. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 34. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 35. | Affiliated | Unsecured | | No Claim Filed |
| 36. | USA Payday Loans | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,975.28 | $ 3,760.72 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 214.67 |
| | _____ |
| | $ 214.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____